IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A. , | ) | CV 25-00014 DKW-KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GOLDEN POND, INC.;  YOUNG L. | ) | |
| LEE , | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on May 29, 2026 and served on all parties on June 1, 2026, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant in Part and Deny in Part Plaintiff Wells Fargo Bank, N.A.'s Motion for Default Judgment Against Defendant Golden Pond, Inc.", ECF No. 35,  are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:  June 22, 2026 at Honolulu, Hawaii.



/s/ Derrick K. Watson
_____
Derrick K. Watson
Chief United States District Judge